HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVE D. BACKUS, JR.,

    Plaintiff,

v.

CAROLYN COLVIN,
Commissioner of Social Security,

    Defendant.

CASE NO. 3:13-cv-05010-RBL-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the petition, the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, and the remaining record, does hereby find and Order:

1. The Court adopts the Report and Recommendation;[1]

2. The administrative decision is AFFIRMED; and

---

[1] In the Report and Recommendation, the conclusion recommends that the Court "find the ALJ <u>improperly</u> concluded plaintiff was not disabled." (emphasis ours). From the context, it is abundantly clear that the recommendation is actually for the Court to find that the ALJ <u>properly</u> concluded that the plaintiff was not disabled. Therefore, the Court adopts the Report and Recommendation to the extent that it affirms the ALJ's conclusion.

3. The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel, and to Magistrate Judge Karen L. Strombom.

Dated this 3rd day of March, 2014.

                                                            /s/ Ronald B. Leighton
                                                            RONALD B. LEIGHTON
                                                            UNITED STATES DISTRICT JUDGE